## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## CHICAGO DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 04-16841 |
| | § | |
| JORGE FUENTES | § | |
| | § | |
| | § | |
| Debtor | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Horace Fox, Jr., trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn, Room 713, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 20 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 am on 10/29/2009, in Courtroom 742 , United States Courthouse, . If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: ___09/28/2009___    By: ___/s/ Horace Fox, Jr.___
                                      (Trustee)

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

UST-Form 101-7-NFR (9/1/2009)

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: froman              Page 1 of 1          Date Rcvd: Sep 29, 2009
Case: 04-16841               Form ID: pdf006           Total Noticed: 17

The following entities were noticed by first class mail on Oct 01, 2009.
db          +Jorge Fuentes,    3618 W 68th St,    Chicago, IL 60629-4125
aty         +Bruce E de'Medici,    150 North Michigan Avenue,    3300,    Chicago, IL 60601-7621
aty         +John M Kotleski,    Macey & Aleman,    20 West Kinzie,    Suite 1300,    Chicago, IL 60654-5816
aty         +Travis W Thompson,    Macey & Chern,    20 West Kinzie,    Suite 1300,    Chicago, IL 60654-5816
8042147      Arrow Financial Services LLC,    21031 Network Place,    Chicago, IL 60673-1210
11161225     CITY OF CHICAGO,    DEPARTMENT OF REVENUE,    BUREAU OF PARKING-BANKRUPTCY,
              333 S. STATE STREET, SUITE 540,    CHICAGO, IL  60604
8042148      Chase Manhattan Bank USA, N.A.,    P.O. Box 52195,    Phoenix, AZ 85072-2195
8042149     +Cingular Wireless,    PO Box 740933,    Dallas, TX 75374-0933
8042150      City of Chicago Bureau of Parking,    Attn: Bankruptcy Unit,    333 S. State, Rm 540,
              Chicago, IL 60604
8042152      First USA Bank, NA,    PO Box 50882,    Henderson, NV 89016
8042146     +Jeffrey J. Aleman,    Macey Chern & Diab,    444 N. Wells, Ste. 301,    Chicago, IL 60610-1103
8042153      Sears Premier Card,    PO Box 182149,    Columbus, OH 43218-2149
8042154      Wickes Furniture,    PO Box 17602,    Baltimore, MD 21297-1602

The following entities were noticed by electronic transmission on Sep 29, 2009.
tr          +E-mail/Text: HFOX@LEHMANFOX.COM                        Horace Fox, JR,    Lehman & Fox,
              6 E Monroe St,    Chicago, IL 60603-2704
8042151      E-mail/PDF: mrdiscen@discoverfinancial.com Sep 30 2009 04:31:38      Discover,   P.O. Box 30395,
              Salt Lake City, UT 84130-0395
8476020      E-mail/PDF: mrdiscen@discoverfinancial.com Sep 30 2009 04:31:38      Discover Bank,    POB 8003,
              Hilliard, OH 43026
11122866     E-mail/PDF: gecsedi@recoverycorp.com Sep 30 2009 04:32:50      GE Consumer Finance,
              For GE Money Bank,    dba PEACH DIRECT,    PO Box 960061,    Orlando FL 32896-0661
                                                                                  TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8042145*    +Jorge Fuentes,    3618 W. 68th St.,    Chicago, IL 60629-4125
                                                                         TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 01, 2009**                    **Signature:**    _Joseph Speetjens_