UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re: § Case No. 04-16841
§
JORGE FUENTES §
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

Horace Fox, Jr., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $1,650.00 | Assets Exempt: | $9,150.00 |
| Total Distributions to Claimants: | $1,729.52 | Claims Discharged Without Payment: | $14,247.37 |
| Total Expenses of Administration: | $675.78 | | |

3) Total gross receipts of $9,905.30 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $7,500.00 (see **Exhibit 2**), yielded net receipts of $2,405.30 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $675.78 | $675.78 | $675.78 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $14,753.00 | $4,560.89 | $4,560.89 | $1,729.52 |
| **Total Disbursements** | $14,753.00 | $5,236.67 | $5,236.67 | $2,405.30 |

4). This case was originally filed under chapter 7 on 04/29/2004. The case was pending for 73 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/28/2010           By:    /s/ Horace Fox, Jr.
                                         Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| personal injury claim | 1129-000 | $9,848.48 |
| Interest Asset | 1270-000 | $56.82 |
| **TOTAL GROSS RECEIPTS** | | **$9,905.30** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT PAID |
|---|---|---|---|
| JORGE FUENTES | Exemptions | 8100-002 | $7,500.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$7,500.00** |

### EXHIBIT 3 – SECURED CLAIMS

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Horace Fox, Jr., Trustee | 2100-000 | NA | $669.90 | $669.90 | $669.90 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | $1.89 | $1.89 | $1.89 |
| International Sureties, LTD. | 2300-000 | NA | $2.19 | $2.19 | $2.19 |
| INTERNATIONAL SURITIES, LTD | 2300-000 | NA | $1.80 | $1.80 | $1.80 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $675.78 | $675.78 | $675.78 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM | CLAIMS | CLAIMS | CLAIMS | CLAIMS |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (9/1/2009)**

|  | TRAN. CODE | SCHEDULED | ASSERTED | ALLOWED | PAID |
|---|---|---|---|---|---|
| Arrow Financial Services LLC | 7100-000 | $3,150.00 | NA | NA | $0.00 |
| Chase Manhattan Bank USA, N.A. | 7100-000 | $4,560.00 | NA | NA | $0.00 |
| Cingular Wireless | 7100-000 | $737.00 | $1,837.19 | $1,837.19 | $696.67 |
| CITY OF CHICAGO | 7100-000 | $600.00 | $650.00 | $650.00 | $246.48 |
| Discover Bank | 7100-000 | $2,000.00 | $1,658.76 | $1,658.76 | $629.02 |
| First USA Bank, NA | 7100-000 | $1,081.00 | NA | NA | $0.00 |
| GE Consumer Finance | 7100-000 | NA | $414.94 | $414.94 | $157.35 |
| Sears Premier Card | 7100-000 | $225.00 | NA | NA | $0.00 |
| Wickes Furniture | 7100-000 | $2,400.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** |  | $14,753.00 | $4,560.89 | $4,560.89 | $1,729.52 |

**UST Form 101-7-TDR (9/1/2009)**

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 1  Exhibit 8

| Case No.: | 04-16841 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | FUENTES, JORGE | | Date Filed (f) or Converted (c): | 04/29/2004 (f) |
| For the Period Ending: | 5/28/2010 | | §341(a) Meeting Date: | 06/15/2004 |
| | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  furniture | $800.00 | $0.00 | DA | $0.00 | FA |
| 2  books | $50.00 | $0.00 | DA | $0.00 | FA |
| 3  clothing | $400.00 | $0.00 | DA | $0.00 | FA |
| 4  jewelry | $400.00 | $0.00 | DA | $0.00 | FA |
| 5  pension | $0.00 | $0.00 | DA | $0.00 | FA |
| 6  personal injury claim | Unknown | $2,348.48 | DA | $9,848.48 | FA |
| **Asset Notes:** New pi atty is Barry Weiss of Topper & Weiss | | | | | |
| 7  VOID | $0.00 | $0.00 | | $0.00 | $0.00 |
| 8  tax refund | $0.00 | $0.00 | DA | $0.00 | FA |
| INT  Interest Asset | Unknown | Unknown | | $56.82 | FA |

**TOTALS (Excluding unknown value)**                                                                                                                     **Gross Value of Remaining Assets**

$1,650.00     $2,348.48     $9,905.30     $0.00

**Major Activities affecting case closing:**

Although, the recovery is small after the deduction of the exemption, since only 4 creditors filed claims, the small dollar amount will equal a significant percentage recovery to the two creditors. Examine claims and hire accountant. Do legal work at no cost to estate. Debtor paid exemption. Will donate legal work. Need motion to approve settlement and hire accountant.

Status 9.30.08

Must add accountant fee

Sent forms 1 and 2 to accountant. Status 12.2.08. Do taxes, status 2.7.09.

Submitted TFR to David Gucwa by email. Will deliver a paper copy to his office on 2/17/09.

Final report submitted to UST 2.17.09

Submitted amended FR

Final report filed in Court.

Final report sometime in October, 2009.

**Initial Projected Date Of Final Report (TFR):**  12/31/2007     **Current Projected Date Of Final Report (TFR):**  05/30/2009

**FORM 2**

Page No: 1    Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 04-16841 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | FUENTES, JORGE | Bank Name: | BANK OF AMERICA |
| Primary Taxpayer ID #: | ******8577 | Money Market Acct #: | ******8233 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | MONEY MARKET |
| For Period Beginning: | 4/29/2004 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/28/2010 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/03/2006 |  | TOPPER & WEISS, LTD | PI claim settlement | * | $9,848.48 |  | $9,848.48 |
|  | {6} |  | PI claim settlement $7,500.00 | 1142-002 |  |  | $9,848.48 |
|  | {6} |  | $2,348.48 | 1129-000 |  |  | $9,848.48 |
| 01/31/2006 | (INT) | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | $3.71 |  | $9,852.19 |
| 02/01/2006 | 101 | JORGE FUENTES | Exemption for personal injury actio | 8100-002 |  | $7,500.00 | $2,352.19 |
| 02/28/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $2.29 |  | $2,354.48 |
| 03/31/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $2.00 |  | $2,356.48 |
| 04/27/2006 | 102 | INTERNATIONAL SURITIES, LTD | bond premium | 2300-000 |  | $1.80 | $2,354.68 |
| 04/28/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $1.93 |  | $2,356.61 |
| 05/31/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $2.01 |  | $2,358.62 |
| 06/30/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $1.94 |  | $2,360.56 |
| 07/31/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $2.00 |  | $2,362.56 |
| 08/31/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $2.01 |  | $2,364.57 |
| 09/29/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $1.94 |  | $2,366.51 |
| 10/31/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $2.01 |  | $2,368.52 |
| 11/30/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $1.95 |  | $2,370.47 |
| 12/29/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $2.00 |  | $2,372.47 |
| 01/31/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $2.02 |  | $2,374.49 |
| 02/28/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $1.82 |  | $2,376.31 |
| 03/30/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $2.01 |  | $2,378.32 |
| 04/03/2007 | 103 | INTERNATIONAL SURETIES, LTD | blanket bond allocation | 2300-000 |  | $1.89 | $2,376.43 |
| 04/30/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $1.96 |  | $2,378.39 |
| 05/31/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $2.02 |  | $2,380.41 |
| 06/29/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $1.95 |  | $2,382.36 |
| 07/31/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $2.03 |  | $2,384.39 |
| 08/31/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $2.03 |  | $2,386.42 |
| 09/28/2007 | (INT) | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | $1.51 |  | $2,387.93 |
| 10/31/2007 | (INT) | BANK OF AMERICA | OCTOBER 2007 INTEREST | 1270-000 | $1.53 |  | $2,389.46 |

**SUBTOTALS**    $9,893.15    $7,503.69

FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 04-16841 | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | FUENTES, JORGE | | Bank Name: | BANK OF AMERICA |
| Primary Taxpayer ID #: | ******8577 | | Money Market Acct #: | ******8233 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | MONEY MARKET |
| For Period Beginning: | 4/29/2004 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/28/2010 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/08/2007 | (INT) | BANK OF AMERICA | Interest Earned For November 2007 | 1270-000 | $0.30 | | $2,389.76 |
| 11/08/2007 | | Sterling Bank | Transfer Funds | 9999-000 | | $2,389.76 | $0.00 |
| | | | **TOTALS:** | | $9,893.45 | $9,893.45 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $2,389.76 | |
| | | | Subtotal | | $9,893.45 | $7,503.69 | |
| | | | Less: Payments to debtors | | $0.00 | $7,500.00 | |
| | | | **Net** | | $9,893.45 | $3.69 | |

| For the period of 4/29/2004 to 5/28/2010 | | For the entire history of the account between 01/03/2006 to 5/28/2010 | |
|---|---|---|---|
| Total Compensable Receipts: | $2,393.45 | Total Compensable Receipts: | $2,393.45 |
| Total Non-Compensable Receipts: | $7,500.00 | Total Non-Compensable Receipts: | $7,500.00 |
| Total Comp/Non Comp Receipts: | $9,893.45 | Total Comp/Non Comp Receipts: | $9,893.45 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $3.69 | Total Compensable Disbursements: | $3.69 |
| Total Non-Compensable Disbursements: | $7,500.00 | Total Non-Compensable Disbursements: | $7,500.00 |
| Total Comp/Non Comp Disbursements: | $7,503.69 | Total Comp/Non Comp Disbursements: | $7,503.69 |
| Total Internal/Transfer Disbursements: | $2,389.76 | Total Internal/Transfer Disbursements: | $2,389.76 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 04-16841 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | FUENTES, JORGE | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******8577 | | Checking Acct #: | ******6841 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 4/29/2004 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/28/2010 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/02/2008 | | Transfer From MMA # ******6841 | Transfer For Bond Payment | 9999-000 | $2.19 | | $2.19 |
| 04/02/2008 | 2001 | International Sureties, LTD. | Bond Payment | 2300-000 | | $2.19 | $0.00 |
| 11/25/2009 | | Transfer From: MMA # ******6841 | Transfer to Close Account | 9999-000 | $2,399.42 | | $2,399.42 |
| 11/25/2009 | 2002 | Horace Fox, Jr. | Trustee Compensation | 2100-000 | | $669.90 | $1,729.52 |
| 11/25/2009 | 2003 | Discover Bank | Final Claim #: 1; Dividend: 26.21; Amount Allowed: 1,658.76; | 7100-000 | | $629.02 | $1,100.50 |
| 11/25/2009 | 2004 | Cingular Wireless | Final Claim #: 2; Dividend: 29.03; Amount Allowed: 1,837.19; | 7100-000 | | $696.67 | $403.83 |
| 11/25/2009 | 2005 | GE Consumer Finance | Final Claim #: 3; Dividend: 6.55; Amount Allowed: 414.94; | 7100-000 | | $157.35 | $246.48 |
| 11/25/2009 | 2006 | CITY OF CHICAGO | Final Claim #: 4; Dividend: 10.27; Amount Allowed: 650.00; | 7100-000 | | $246.48 | $0.00 |

|  |  |  |
|---|---|---|
| **TOTALS:** | $2,401.61 | $2,401.61 | $0.00 |
| Less: Bank transfers/CDs | $2,401.61 | $0.00 | |
| Subtotal | $0.00 | $2,401.61 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $0.00 | $2,401.61 | |

| For the period of 4/29/2004 to 5/28/2010 | | For the entire history of the account between 03/31/2008 to 5/28/2010 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $2,401.61 | Total Internal/Transfer Receipts: | $2,401.61 |
| | | | |
| Total Compensable Disbursements: | $2,401.61 | Total Compensable Disbursements: | $2,401.61 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,401.61 | Total Comp/Non Comp Disbursements: | $2,401.61 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 04-16841 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | FUENTES, JORGE | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******8577 | | Money Market Acct #: | ******6841 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | MMA |
| For Period Beginning: | 4/29/2004 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/28/2010 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/08/2007 | | BANK OF AMERICA | Transfer Funds | 9999-000 | $2,389.76 | | $2,389.76 |
| 11/30/2007 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.90 | | $2,390.66 |
| 12/31/2007 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $1.22 | | $2,391.88 |
| 01/31/2008 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $1.16 | | $2,393.04 |
| 02/29/2008 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.95 | | $2,393.99 |
| 03/31/2008 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.93 | | $2,394.92 |
| 04/02/2008 | | Transfer To # ******6841 | Transfer For Bond Payment | 9999-000 | | $2.19 | $2,392.73 |
| 04/30/2008 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.78 | | $2,393.51 |
| 05/30/2008 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.81 | | $2,394.32 |
| 06/30/2008 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.79 | | $2,395.11 |
| 07/31/2008 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.75 | | $2,395.86 |
| 08/29/2008 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.61 | | $2,396.47 |
| 09/30/2008 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.59 | | $2,397.06 |
| 10/31/2008 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.47 | | $2,397.53 |
| 11/28/2008 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.31 | | $2,397.84 |
| 12/31/2008 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.26 | | $2,398.10 |
| 01/30/2009 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.20 | | $2,398.30 |
| 02/27/2009 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.18 | | $2,398.48 |
| 03/31/2009 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.16 | | $2,398.64 |
| 04/30/2009 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.10 | | $2,398.74 |
| 05/29/2009 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.10 | | $2,398.84 |
| 06/30/2009 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.10 | | $2,398.94 |
| 07/31/2009 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.10 | | $2,399.04 |
| 08/31/2009 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.10 | | $2,399.14 |
| 09/30/2009 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.10 | | $2,399.24 |
| 10/30/2009 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.10 | | $2,399.34 |
| 11/25/2009 | (INT) | STERLING BANK | Account Closing Interest As Of 11/25/2009 | 1270-000 | $0.08 | | $2,399.42 |
| 11/25/2009 | | Transfer To: # ******6841 | Transfer to Close Account | 9999-000 | | $2,399.42 | $0.00 |
| | | | **SUBTOTALS** | | $2,401.61 | $2,401.61 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 04-16841 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | FUENTES, JORGE | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******8577 | Money Market Acct #: | ******6841 |
| Co-Debtor Taxpayer ID #: | | Account Title: | MMA |
| For Period Beginning: | 4/29/2004 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/28/2010 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | **TOTALS:** | | $2,401.61 | $2,401.61 | $0.00 |
|  |  |  | Less: Bank transfers/CDs | | $2,389.76 | $2,401.61 | |
|  |  |  | **Subtotal** | | $11.85 | $0.00 | |
|  |  |  | Less: Payments to debtors | | $0.00 | $0.00 | |
|  |  |  | **Net** | | $11.85 | $0.00 | |

| For the period of 4/29/2004 to 5/28/2010 | | For the entire history of the account between 11/08/2007 to 5/28/2010 | |
|---|---|---|---|
| Total Compensable Receipts: | $11.85 | Total Compensable Receipts: | $11.85 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $11.85 | Total Comp/Non Comp Receipts: | $11.85 |
| Total Internal/Transfer Receipts: | $2,389.76 | Total Internal/Transfer Receipts: | $2,389.76 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $2,401.61 | Total Internal/Transfer Disbursements: | $2,401.61 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 6        Exhibit 9

| Case No. | 04-16841 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | FUENTES, JORGE | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******8577 | | Money Market Acct #: | ******6841 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | MMA |
| For Period Beginning: | 4/29/2004 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/28/2010 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $9,905.30 | $9,905.30 | $0.00 |

| For the period of 4/29/2004 to 5/28/2010 | | For the entire history of the case between 04/29/2004 to 5/28/2010 | |
|---|---|---|---|
| Total Compensable Receipts: | $2,405.30 | Total Compensable Receipts: | $2,405.30 |
| Total Non-Compensable Receipts: | $7,500.00 | Total Non-Compensable Receipts: | $7,500.00 |
| Total Comp/Non Comp Receipts: | $9,905.30 | Total Comp/Non Comp Receipts: | $9,905.30 |
| Total Internal/Transfer Receipts: | $4,791.37 | Total Internal/Transfer Receipts: | $4,791.37 |
| | | | |
| Total Compensable Disbursements: | $2,405.30 | Total Compensable Disbursements: | $2,405.30 |
| Total Non-Compensable Disbursements: | $7,500.00 | Total Non-Compensable Disbursements: | $7,500.00 |
| Total Comp/Non Comp Disbursements: | $9,905.30 | Total Comp/Non Comp Disbursements: | $9,905.30 |
| Total Internal/Transfer Disbursements: | $4,791.37 | Total Internal/Transfer Disbursements: | $4,791.37 |

HORACE FOX, JR.